UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK ANTHONY RIBBING,

    Plaintiff,

v.                                                  Case No. 3:19cv3368-TKW-HTC

STATE OF FLORIDA, et al.,

    Defendants.

_____/

REPORT AND RECOMMENDATION

Plaintiff initiated this action by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF Doc. 1) and a motion to proceed *in forma pauperis* (ECF Doc. 2). On September 5, 2019, the Court entered an order finding Plaintiff's motion to proceed *in forma pauperis* was deficient. ECF Doc. 4. The Court directed the clerk to send Plaintiff a complete set of forms needed to file a motion to proceed *in forma pauperis* and allowed Plaintiff fourteen (14) days in which to either file a complete second motion to proceed *in forma pauperis* or pay the $400 filing fee. *Id.*

The September 5 order was returned as undeliverable with a notation that the mail could not be forwarded. ECF Doc. 6. Additionally, a notice sent to Plaintiff by the Court on September 3, 2019 was returned as undeliverable with a notation that it could not be forwarded. ECF Doc. 5. Based on Plaintiff's failure to provide

the Court with an accurate mailing address and the Court's inability to contact Plaintiff, the issuance of any further orders would be futile.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE.

2. That the clerk close the file.

At Pensacola, Florida, this 24th day of September, 2019.

*s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.