UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PATRICK ANTHONY RIBBING,**

    Plaintiff,

v.                                                  Case No. 3:19cv3368-TKW-HTC

**STATE OF FLORIDA, et al.,**

    Defendants.
_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 7). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I agree with the magistrate judge's determination that this case is due to be dismissed based on Plaintiff's failure to keep the Court apprised of his current address.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The complaint (Doc. 1) is **DISMISSED without prejudice**.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 15th day of October, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**